IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JUNIOUS BLACKWELL,<br><br>         Plaintiff,<br><br>    v.<br><br>MEADWAY SHIPPING AND TRADING, INC. and BONAMARE NAVIGATION LTD.,<br><br>         Defendants. | Civil No. 08-2900-JEI-AMD |

### SCHEDULING ORDER

This Scheduling Order sets forth the following directives:

IT IS on this **18th** day of **August 2008**, hereby **ORDERED**:

1. At the request of plaintiff's counsel, and for good cause shown, the initial scheduling conference on September 30, 2008 is **RESCHEDULED** to **October 7, 2008 at 9:45 A.M.**.

                                        s/ Ann Marie Donio
                                        ANN MARIE DONIO
                                        UNITED STATES MAGISTRATE JUDGE

cc:  Hon. Joseph E. Irenas